IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

JEREMY GREY,

    Plaintiff,

v.                                                          Case No.: 2:23-cv-02052

BALMORAL SHOPPING CENTER, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, JEREMY GREY, hereby gives notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing the approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 5th day of June, 2023.

                                                    RESPECTFULLY SUBMITTED,

*s/ Davis A. Stephenson*
Davis A. Stephenson #039015
WAMPLER, CARROLL, WILSON
AND SANDERSON, P.L.L.C.
208 Adams Avenue
Memphis, Tennessee 38103
(901) 523-1844 – phone
(901) 523-1857 – fax
alex@wcwslaw.com
**Attorney for Plaintiff**

1